UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Mother Raguel Marie Bizarretty Bey,
Plaintiff,

V.                              CASE NUMBER 8:23-CV-973-WFJ-TGW

BAYRIDERS WATER SPORTS, LLC, et al.
Defendant(s).

**REQUEST FOR ENTRY OF DEFAULT**

Comes now, Mother Raguel Marie Bizarretty Bey, and hereby requests the Clerk to enter a default against the defendants, BAYRIDERS WATER SPORTS, LLC, et al., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

**By affixing my seal hereto, I, Mother Raguel Marie Bizaretty Bey, formerly known as HAZEL MARIA CAMARGO [Tradename / dba], a Moorish–American National, do hereby declare and affirm under the penalty of perjury under the laws of the Al'Maurii Khan Nation, that the foregoing statements and claims are true and correct to the best of my knowledge and belief and are not made for any illegal or unlawful reasons, nor to evade any duty or obligations established under the supreme law.**

Date: 11/20/2023

Bp. Ragru Bell
Mother Raguel Marie Bizaretty Bey
Authorized Representative
All Substantive Rights Reserved

NOV 21 2023 PM 12:16
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Mother Raguel Marie Bizarretty Bey,
Plaintiff,

V.                         CASE NUMBER 8:23-CV-973-WFJ-TGW

BAYRIDERS WATER SPORTS, LLC, et al.
Defendant(s).

**CERTIFICATE OF SERVICE**

It is hereby certified that true copies of this **REQUEST FOR ENTRY OF DEFAULT and AFFIDAVIT OF FACT IN SUPPORT OF AN ENTRY FOR DEFAULT AGAINST A PARTY WHOM A JUDGMENT FOR AFFIRMATIVE RELIEF IS SOUGHT** in CASE NUMBER 8:23-CV-973-WFJ-TGW have been served upon the proper parties in this matter by personal service / posting copies of said REQUEST FOR ENTRY OF DEFAULT and AFFIDAVIT OF FACT IN SUPPORT OF AN ENTRY FOR DEFAULT AGAINST A PARTY WHOM A JUDGMENT FOR AFFIRMATIVE RELIEF IS SOUGHT to the door at Tampa Sandbox Food Court, 9024 W Hillsborough Tampa, Florida 33615 on or by 11/21/2023.

By affixing my seal hereto, I, Mother Raguel Marie Bizaretty Bey, formerly known as HAZEL MARIA CAMARGO [Tradename / dba], a Moorish–American National, do hereby declare and affirm under the penalty of perjury under the laws of the Al'Maurii Khan Nation, that the foregoing statements and claims are true and correct to the best of my knowledge and belief and are not made for any illegal or unlawful reasons, nor to evade any duty or obligations established under the supreme law.

By: *Mother Bey* (signature)
Mother Raguel Marie Bizaretty Bey
Authorized Representative
All Substantive Rights Reserved
